THE MECHANICS' BANK *vs.* EDWARDS and others.

THIS cause was heard by Justice EDMONDS at the special term held in New-York in November, 1847, on exceptions to the master's report; when the exceptions were disallowed and the report of the master confirmed. (*See* 1 *Barb. Sup. Court Rep.* 271.) It now came before the court, on a rehearing ordered at a general term.

After argument, upon the rehearing, the court disallowed the exceptions with costs, and confirmed the master's report; thus affirming the decision of Judge Edmonds.

SAME TERM.   *Before the same Justices.*